**U.S.**

**v.**

**Erik J. CARTER**

**No. 17-0571/AR**

U.S. Court of Appeals for the Armed Forces.

August 30, 2017

CCA 20150592

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 18, 2017.

**U.S.**

**v.**

**Kenneth W. FRANK, Jr.**

**No. 17-0482/AF**

U.S. Court of Appeals for the Armed Forces.

August 30, 2017

CCA 38854

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to attach documents is denied.

**U.S.**

**v.**

**Emilio J. SCHELMETTY**

**No. 17-0572/AR**

U.S. Court of Appeals for the Armed Forces.

August 30, 2017

CCA 20150488

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 18, 2017.

**U.S.**

**v.**

**Adonis L. FITZPATRICK**

**No. 17-0576/AR**

U.S. Court of Appeals for the Armed Forces.

August 31, 2017

CCA 20140725

DAILY JOURNAL

Petitions for Grant of Review Filed

